### CAMPBELL v. LUDIN et al.

(Supreme Court, Appellate Term. May 16, 1907.)

TRIAL—INSTRUCTION—INVASION OF JURY'S PROVINCE.

Where, in an action for injury to a horse, its value was a question for the jury, it was error to instruct that, if the jury found for plaintiff, it must be for a fixed sum.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trial, §§ 318–327.]

Appeal from Municipal Court, Borough of the Bronx, First District.

Action by Bernard Campbell against Susan A. Ludin and another, trading as the New York Bottling Company. From a judgment for plaintiff, defendants appeal. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and SEABURY and BRADY, JJ.

Deyo, Duer & Bayerdorf, for appellants.
Timothy Power, for respondent.

PER CURIAM. The value of the horse injured was a question of fact for the jury, and they should have been left free to determine it. The learned justice erred in instructing the jury that, if they found a verdict for the plaintiff, it must be for $150. Reves v. Hyde, 14 Daly, 432.

Judgment reversed, and new trial ordered, with costs to appellants to abide the event.